**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**1st Amended CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Juliet Serabian CASE # 17-13662 BKC-RBR

☐ This document is plan summary. Additional data on file in clerk's office attached to original plan.
**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of 60 months. In the event the Trustee does not collect the full 10% any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 442.73 for months 1 to 60 ;
B. $______ for months ____ to ____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00 TOTAL PAID $ 700.00
Balance Due $ 2,800.00 payable $ 350.00 /month (Months 1 to 8 )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan:

1. Broward County Revenue
acc# 494227-AG-0270
add: 610 Tennis Club Drive, #403, Tamarac

Arrearage on Petition Date $ $2,066.78 ($3,148.96 w/ interest)
Arrears Payment $ 52.48 /month (Months 1 to 60 )
Regular Payment $ 00.00 /month (Months 1 to 60 )

**IF YOU ARE A CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO br 7004 AND lr 3015-3.**

| Secured Creditor | Value Collateral | Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Priority Creditors: [defined in 507]

1. __________
Total Due $______
Payable $______/month (months ____ to ____)

Unsecured Creditors: Pay $ 00.00 /month (Months 1 to 8 )
Pay $ 350.00 /month (Months 9 to 60 )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Direct payment to Mary Hanna on 1st mortgage on homestead at: 610 Tennis Club Drive, #403, Ft.Lauderdale, Fl. 33311. Direct payment to Wingfield Club HOA for real property located at: 610 Tennis Club Drivem, # 403, Ft.Lauderdale, Fl
I declare that the foregoing chapter 13 plan is true and correct.

________________
Debtor

/s/ John Bristol
Signed by attorney with consent and authority of debtor